Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
MEKIVIL JULIUS FRANKLIN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>vs.<br><br>MEKIVIL JULIUS FRANKLIN<br>            Defendant. | CASE NO.: 2:20-CR-252-APG-BNW<br><br>STIPULATION TO CONTINUE SENTENCING |

**IT IS HEREBY STIPULATED AND AGREED**, by and between United States of America, by its counsel Jim Fang, Assistant United States Attorney, and Defendant Mekivil Julius Frankin, by and through his counsel, Maysoun Fletcher with The Fletcher Firm, P.C., that the Sentencing Hearing currently scheduled for March 23, 2022, at 3:30 p.m. be vacated and set to a date and time convenient to the Court after (30) days. The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to prepare for sentencing.
2. Mr. Franklin is currently in custody and consents to the requested continuance. He would like to appear in person at the continued hearing.
3. The United States of America does not object to this request.
4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

/ / /

5. This is the First request for a continuance of Mr. Franklin's Sentencing Hearing and is not sought for delay.

DATED: March 7, 2022.

| | |
|---|---|
| */s/ Jim Fang* | */s/ Maysoun Fletcher* |
| ***Jim Fang, Esq.*** | ***Maysoun Fletcher, Esq.*** |
| Assistant United States Attorney | Attorney for Mekivil Julius Franklin |

Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
MEKIVIL JULIUS FRANKLIN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>vs.<br>MEKIVIL JULIUS FRANKLIN<br>            Defendant. | CASE NO.: 2:20-CR-252-APG-BNW<br><br>FINDINGS OF FACT |

Based upon the pending stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to prepare for sentencing.

2. Mr. Franklin is currently in custody and consents to the requested continuance. He would like to appear in person at the continued hearing.

3. The United States of America does not object to this request.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the First request for a continuance of Mr. Franklin's Sentencing Hearing and is not sought for delay.

**ORDER**

**IT IS THEREFORE ORDERED** that the sentencing hearing set for March 23, 2022, at 3:30 p.m. is vacated and continued to  May 2, 2022 , 2022 at 1:30 , p.m.

Dated this   8th   day of   March  , 2022.

_____
UNITED STATES DISTRICT JUDGE

3